# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00253-CV

---

**Michael Paul Young, II, Appellant**

**v.**

**Judge Mike Russell, in His Official Capacity as Presiding Judge of the 146th District Court of Bell County, Texas, Appellee**

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 24DFAM348794, THE HONORABLE JAMES LEE CARROLL, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant has filed his notice of interlocutory appeal, appearing to complain of the trial court's April 4, 2025, ruling on his objection to the scheduling of a hearing on his motion to recuse the presiding judge in the underlying SAPCR proceeding. However, after appellant filed his notice, on April 11, 2025, the trial court entered its final order of termination. Because the final April 11 order supersedes the trial court's prior April 4 ruling, appellant's interlocutory appeal is now moot, and the proper vehicle for him to challenge any errors committed in the proceedings below is a direct appeal. Therefore, we dismiss appellant's interlocutory appeal as moot.

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly, Ellis

Dismissed for Want of Jurisdiction

Filed:   May 30, 2025